**UNITED STATES of America Plaintiff—Appellee**

v.

**Adam Chris LAMBERT Defendant— Appellant**

No. 00–5338.

United States Court of Appeals, Sixth Circuit.

June 14, 2001.

Before NATHANIEL R. JONES, SUHRHEINRICH, DAUGHTREY, Circuit Judges.

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof, the court finds that there is substantial evidence to support the verdict of the jury and that no prejudicial error has intervened.

Accordingly, it is ORDERED that the judgment of the district court be and it hereby is affirmed.